IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

NO. 2:14-CV-53-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| BERTIE AMBULANCE SERVICE, INC., EDWARD L. LIPSCOMB, and ANNETTA P. LIPSCOMB, | ) | |
| Defendants. | ) | |

For good cause shown upon the Motion of the United States of America, it hereby

ORDERED THAT the Court excuses the ultimate Government decision-makers with the United States Attorney's Office and the HHS Assistant Inspector General from being physically present, and allows Deputy Civil Chief Norman Acker and OCIG Senior Counsel Andrea Treese Berlin to appear by telephone as needed at the mediation scheduled for Monday, November 2, 2015.

SO ORDERED this **23** day of October, 2015.

Robert B. Jones, Jr.
United States Magistrate Judge